UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE E. JACKSON, | No. C 09-3202 MHP (PR) |
|     Petitioner, | **ORDER** |
|    v. | |
| DERRAL G. ADAMS, warden, | |
|     Respondent. | |

Petitioner's request for a certificate of appealability is DENIED. (Docket # 14.) This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see 28 U.S.C. § 2253(c). The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: June 27, 2011

Marilyn Hall Patel
United States District Judge